IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DARREN RAY STIBBENS,<br>TDCJ No. 688466, | §<br>§<br>§<br>§ | |
| Petitioner, | §<br>§ | |
| v. | §<br>§ | Civil No. 7:12-CV-005-O-BL |
| WILLIAM STEPHENS, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division, | §<br>§<br>§<br>§<br>§ | |
| Respondent. | §<br>§ | |

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and of

the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the

findings of fact, conclusions of law, and reasons for dismissal set forth in the Report and

Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated

by reference as the Findings of the Court.

Accordingly, the instant petition for writ of habeas corpus is DISMISSED without prejudice

for failure to exhaust state remedies.

So ORDERED this 4th day of March, 2015.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE